# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32777** |
| *Appellant* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Jordan M. BROWN** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | **Panel 2** |
| *Appellee* | ) | |

On 18 April 2025, Appellant submitted a motion to withdraw from appellate review and motion to attach. Specifically, Appellant moved to attach a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 18 April 2025.

The Government did not submit any opposition.

Accordingly, it is by the court on this 24th day of April, 2025,

**ORDERED:**

Appellant's Motion to Withdraw Review from Appellate and Attach are **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

OLGA STANFORD, Capt, USAF
Chief Commissioner